IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GILES KADRI**  **PETITIONER**
**REG. #25408-013**

VS.            CASE NO. 2:05CV00140 JMM/HDY

**LINDA SANDERS,**  **RESPONDENT**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 15th day of September, 2005.

_____
United States District Judge