# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GILES KADRI**  **PETITIONER**
**REG # 25408-013**

**VS.**  **CASE NO. 2:05CV00140 JMM/HDY**

**LINDA SANDERS,**  **RESPONDENT**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 15th day of September, 2005.

_____
United States District Judge